[No. 38232-2-I.    Division One.    December 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
FIFE, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 94-1-00676-5, Michael F. Moynihan, J.,
entered February 8, 1996. *Affirmed* by unpublished per
curiam opinion.


[No. 38939-4-I.    Division One.    December 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
ALAN DYSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-01613-2, Donald D. Haley, J., entered
July 1, 1996. *Reversed* by unpublished per curiam opinion.
Now published at 90 Wn. App. 433.


[No. 39158-5-I.    Division One.    December 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LEE
EDWARD SHADRICK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-02960-9, Richard A. Jones, J., entered
July 29, 1996. *Affirmed* by unpublished per curiam
opinion.


[No. 39496-7-I.    Division One.    December 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. J.M.I.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-05100-6, Richard A. Jones, J., entered
September 30, 1996. *Affirmed* by unpublished per curiam
opinion.